IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANCHORBANK, FSB,

    Plaintiff,

v.

RANDY PAUL, JANE DOE PAUL,
DAN SCHILLING, CITY OF MADISON,
MADISON GAS & ELECTRIC COMPANY
and FRANKLIN HOUSE CONDOMINIUM
ASSOCIATION, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-605-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Anchorbank, FSB, against defendant Randy Paul awarding attorney fees and costs in the total amount of $3,165.71.

_____    _____
Peter Oppeneer, Clerk of Court             Date

2/13/13